**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **TARSHEM TARSHEM** | **CASE NO. 6:26-CV-04666 SEC P** |
| **VERSUS** | **JUDGE S. MAURICE HICKS, JR.** |
| **BRIAN PATTERSON ET AL** | **MAGISTRATE JUDGE KENNETH G. GALE** |

# MEMORANDUM ORDER

Before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1) filed through counsel by Petitioner Tarshem Tarshem ("Tarshem"), an immigration detainee at Pine Prairie ICE Processing Center in Pine Prairie, Louisiana.

Tarshem challenges his re-detention following his release from immigration custody. He acknowledges *Buenrostro-Mendez v. Bondi*, 166 F.4th 494 (5th Cir. 2026) and the en banc decision in *Sosnava Rodriguez v. Vergara*, 193 F.4th 837, 843 (5th Cir. 2026), but contends that the revocation of his prior release presents a distinct basis for relief.

The Petition contains material inconsistencies concerning Tarshem's release and the supporting record. It alternately describes release on recognizance by DHS (ECF No. 1 at 2) and release on bond by an immigration judge, with DHS waiving appeal (ECF No. 1 at 14, 16, 19). It also describes the judicial release as occurring in 2023 (ECF No. 1 at 16) and "a decade ago" (ECF No. 1 at 19). The Petition cites "Ex.

5" as documentation of the immigration judge's release order (ECF No. 1 at 16), but no Exhibit 5 accompanies the Petition.

Citing Exhibit 2, the Petition states that the Notice to Appear was issued following a favorable credible-fear determination and charged inadmissibility under § 1182(a)(7)(A)(i)(I). ECF No. 1 at 12. But the attached Notice to Appear charges inadmissibility under § 1182(a)(6)(A)(i), and the box indicating issuance following a favorable credible-fear determination is not checked. ECF No. 1-3 at 2.

Finally, the Petition cites Exhibit 4 in identifying a June 8, 2027, hearing in Concord (ECF No. 1 at 12), but the attached EOIR record at Exhibit 4 lists a November 17, 2026, master hearing in Oakdale (ECF No. 1-5 at 2).

Accordingly, IT IS ORDERED that, within 30 days, Petitioner, through counsel, shall file a supplemental memorandum clarifying and reconciling each discrepancy identified above. The memorandum shall explain the factual basis for the claimed prior release and attach the supporting release and custody documents, including the referenced Exhibit 5. If any such document is unavailable, counsel shall explain its absence and identify the basis for the corresponding allegation. The memorandum shall also state the outcome of the hearing identified in Exhibit 4 (ECF No. 1-5 at 2) and the current status of Tarshem's immigration proceedings.

The memorandum shall also identify which claims Tarshem contends remain viable under *Buenrostro-Mendez* and *Sosnava Rodriguez*, explain the factual and legal basis for those claims and the relief sought, and separately identify claims preserved solely for further review.

Signed at Shreveport, Louisiana on this 23rd day of November, 2026.

KENNETH G. GALE
UNITED STATES MAGISTRATE JUDGE